IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**LEE MARK HARRIS**
**ADC # 094116**                                                                                                    **PETITIONER**

**v.**                              **Case No. 5:13-cv-000090 KGB/BD**

**RAY HOBBS, Director**
**Arkansas Department of Corrections**                                                      **RESPONDENT**

## ORDER

The Court has reviewed the Recommended Disposition file by United States Magistrate Judge Beth Deere (Dkt. No. 8); has considered petitioner Lee Mark Harris's objections to the Recommended Disposition (Dkt. No. 9); and has reviewed *de novo* those portions of the Recommended Disposition to which Mr. Harris objects.  After careful consideration, this Court adopts the Recommended Disposition as its own.  Mr. Harris's petition for writ of habeas corpus is hereby dismissed with prejudice (Dkt. No. 2).

When entering a final order adverse to a habeas corpus petitioner, the Court must issue or deny a certificate of appealability.  Rule 11 of the Rules Governing Section 2254 Cases.  A certificate of appealability may issue only if a petitioner has made a substantial showing of the denial of a constitutional right.  28 U.S.C. § 2253(c)(1)-(2).  In this case, there is no basis for this Court to issue a certificate of appealability. Accordingly, a certificate of appealability is denied.

SO ORDERED this the 7th day of June, 2013.

KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE