IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**LEE MARK HARRIS**
**ADC # 094116**                                                                 **PETITIONER**

v.                          Case No. 5:13-cv-000090 KGB/BD

**RAY HOBBS, Director**
**Arkansas Department of Corrections**                                           **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this action is dismissed with prejudice.

SO ADJUDGED this the 7th day of June, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE